**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ALEJANDRO VIVAR, individually and on
behalf of all others similarly situated,

                Plaintiff,

    -against-                              22 **CIVIL** 0347 (VM)

                                                               **JUDGMENT**

APPLE INC.,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated June 6, 2023, it is hereby ORDERED that the motion filed by defendant Apple Inc. to dismiss the amended complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is GRANTED with prejudice to leave to amend; accordingly, the case is closed.

**Dated:**  New York, New York

        June 6, 2023

                                                                   **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                           **BY:**

                                                                    **Deputy Clerk**